# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DENNIS GRIMES,

                            Plaintiff,

    v.

JAMES E. TILTON, ET AL.,

                          Defendants.

CASE NO. 06cv2309 BTM(LSP)

**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**

    The Court held a hearing on Plaintiff's motion for preliminary injunction on March 27, 2007.  For the reasons set forth on the record, Plaintiff's motion for preliminary injunction is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

DATED:  March 27, 2007

Hon. Barry Ted Moskowitz
United States District Judge

1