1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| DENNIS GRIMES, | CASE NO. 06cv2309 BTM(LSP) |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| JAMES E. TILTON, ET AL., | |
| Defendants. | |

12
13
14
15
16
17
18
19
20
21

       Plaintiff has filed a motion to withdraw his motion for preliminary injunction (filed nunc pro tunc on June 29, 2007), and has filed a motion for a temporary restraining order in its stead.  Plaintiff's motion to withdraw is **GRANTED**.  The motion for preliminary injunction is deemed withdrawn.  The status conference set for July 12, 2007 at 9:00 a.m. shall remain on calendar.

22
23

**IT IS SO ORDERED.**

24

DATED:  July 10, 2007

25
26

Hon. Barry Ted Moskowitz
United States District Judge

27
28

1